FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARY ANN BLIESNER,<br><br>Defendant. | No. 1:22-CR-02097-SAB-1<br><br>ORDER GRANTING THE UNITED STATES' MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 15** |

Before the Court is the United States' Motion to Modify the Conditions of Defendant's Pretrial Release (ECF No. 15).

The Court, having reviewed the motion and finding good cause therefor,

**HEREBY ORDERS:**

1. The United States' Motion to Modify the Conditions of Defendant's Pretrial Release, **ECF No. 15**, is **GRANTED**.

2. Defendant shall abide by the following additional special condition of release, henceforth known as Special Condition No. 2:

    2. Defendant shall report to the U.S. Probation/Pretrial Services Office as soon as practicable after the entry of this Order and shall report as often as they direct, at such times and in such manner as they direct.

ORDER - 1

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED October 13, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2