# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>  -vs-<br><br>MARY ANN BLIESNER AND VALLEY PROCESSING INC,<br><br>                            Defendants. | Case Nos.   1:22-CR-2097-SAB-1<br>                    1:22-CR-2097-SAB-2<br><br>CRIMINAL MINUTES<br><br>DATE:      APRIL 28, 2023<br><br>LOCATION:  YAKIMA, WA<br><br>STATUS CONFERENCE HEARING |

| CHIEF JUDGE STANLEY A. BASTIAN | | | |
|---|---|---|---|
| Michelle Fox | 01 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Daniel Fruchter<br>Tyler Tornabene | | Carl Oreskovich<br>Andrew Wagley<br>Mark Vovos | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:** | | | |

[ X ]  Open Court        [  ]  Chambers        [  ]  Telecon/Video

Defendant present and out of custody of the U.S. Marshal.

Court summarizes status of case.

C. Oreskovich suggests 4-5 week trial.

Court asks if this matter should be changed to Spokane?

D. Fruchter states it makes sense to stay in Yakima due to all the witnesses.  C. Oreskovich is in agreement now for Yakima but may request Spokane later.

[ X ]  ORDER FORTHCOMING

| CONVENED: 9:15 A.M. | ADJOURNED: 9:27 A.M. | TIME: 12 MIN. | CALENDARED [ X ] |
|---|---|---|---|

*USA -vs- Bliesner, et al.*  
1:22-CR-2097-SAB-1  
1:22-CR-2097-SAB-2  
Status Conference Hearing

April 28, 2023  
Page 2

Trial dates discussed between the Court and counsel. Court asks for unavailable dates from November 2023 through June 2024. Send an email to the Court by next Wednesday. Court will exclude speedy trial in the Order.

Court asks if there should be a couple pretrial conferences or stay out of the way. D. Fruchter requests a pretrial conference one month prior to trial. C. Oreskovich agrees.