FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARY ANN BLIESNER,<br><br>Defendant. | No. 1:22-CR-2097-SAB-1<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States' oral Motion for Entry of a Preliminary Order of Forfeiture. Having reviewed the record in this matter, the Court finds good cause to enter the Preliminary Order of Forfeiture as proposed.

Accordingly, **IT IS HEREBY ORDERED THAT**

1. The United States' oral Motion for Entry of a Preliminary Order of Forfeiture is **GRANTED.**

2. Pursuant to Rule 32.2, Fed. R. Crim. P., 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461(c), the Defendant shall forfeit $742,139 in the form of a money judgment in favor of the United States, which represents the amount of proceeds Defendant obtained as a result of her illegal conduct. The United States and the

PRELIMINARY ORDER OF FORFEITURE ~1

Defendant agree that this money judgment is joint and several with Defendant Valley Processing, Inc. (VPI).

3. If the forfeiture money judgment is not paid at or before sentencing, then pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), all pursuant to 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461(c), the United States may seek forfeiture of any other property of the Defendants up to the value of the money judgment listed above.

4. If the forfeiture money judgment is not paid at or before sentencing, then the Food and Drug Administration-OCI and/or the United States Marshal's Service (and/or its agents) are authorized to seize this sum, whether held by the Defendant or a third party, and to conduct any discovery proper in identifying or locating such property, in accordance with Fed. R. Crim. P. 32.2(b)(3).

5. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

6. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing and is made part of the sentence and included in the judgment.

///

///

///

PRELIMINARY ORDER OF FORFEITURE ~2

7. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

The District Court Clerk is directed to enter this Order and provide copies to counsel.

ORDERED this 18th day of December 2024.

*Stanley A. Bastian*
Stanley A. Bastian
Chief United States District Judge

PRELIMINARY ORDER OF FORFEITURE ~3