# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **Case Nos.**   **1:22-CR-2097-SAB-1** |
|                                   Plaintiff, | **1:22-CR-2097-SAB-2** |
| -vs- | **CRIMINAL MINUTES** |
| MARY ANN BLIESNER and VALLEY PROCESSING INC., | **DATE:       JUNE 17, 2025** |
|                                   Defendants. | **LOCATION:   YAKIMA, WA** |
|  | **SENTENCING HEARING** |

| **Chief Judge Stanley A. Bastian** | | |
|---|---|---|
| Michelle Fox | 01 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Tyler Tornabene | Carl Oreskovich<br>Andrew Wagley<br>Bevan Maxey | |
| **Government Counsel** | **Defense Counsel** | |
| **United States Probation Officer:**   Jennifer Dykstra | | |

**[ X ]  Open Court**          **[   ]  Chambers**          **[   ]  Video/Telecon**

Defendant present and out of custody of U.S. Marshal.

Sentence: M. Bliesner (1)

Court outlines the case. Defendant pled guilty to Counts 2 and 4. Court summarizes maximum penalties and guidelines.  Court has reviewed all of the materials submitted and presentence report.  17, I.

A Wagley presents argument on objections to presentence report.  Fraud cross reference should not apply.  4, I, 0-6 months.  Birth year is 1941 not 1942.

T. Tornabene presents argument regarding presentence report.  The recommendation remains the same.

Court GRANTS Motion to reduce calculation.  4, I, 0-6 months.   Court asks about the 0-point offender.

    A Wagley believes it would still apply.
    Court agrees and should be 2, I, 0-6 months.

T. Tornabene presents argument and outlines recommendations.  Recommend Probation for 3 years.  Defendant agrees to pay the money judgment $742,139.  SPA is $50.00.

# [ X ]   ORDER FORTHCOMING

| **CONVENED:  1:30 P.M.** | **ADJOURNED:  2:18 P.M.** | **TIME:   48 MIN.** | **CALENDARED     [ X ]** |
|---|---|---|---|

*United States –vs-  M. Bliesner/Valley Processing*                                    June 17, 2025
1:22-CR-2097-SAB-1 & 2                                                                  Page 2
Sentencing Hearing


 C. Oreskovich presents argument and outlines recommendations.  Money judgment will be paid tomorrow.

Court asks if defendant agrees to all conditions and does she waive the reading of the conditions.
        C. Oreskovich indicates defendant waives the reading of the conditions.

T. Tornabene states he agrees with the clarification by Mr. Oreskovich of the agreement.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant.  Court outlines the 3553 factors.  Court will abide by the agreement of the parties.

Probation:   3 years.    With all the standard conditions and the following special conditions:

1. You shall have no personal involvement, direct or indirect, in ordering; preparing; manufacturing; selling; or serving either food or beverages of any kind.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

Money Judgment: $742,139. Court will sign the Final Order of Forfeiture.

SPA:  $25.00 each count = $50.

Fine:  Waived.

Waiver of right to appeal outlined.

<u>Sentence: Valley Processing (2)</u>

Court addresses counsel.

B. Maxey does not have any objections to the presentence report.

T. Tornabene presents argument.  Joint and several for the $742,139.  $400 SPA.

B. Maxey presents argument.  Ask the Court to abide by the recommendations.

Court asks Ms. Bliesner, the representative, if she wants to make any additional comments.
        Defendant indicates no further comments.

Court will accept recommendations.  Defendant Corporation pled guilty to Count 1.  Defendant will pay the amount calculated.  No sentence as the corporation has ceased to exist.  Joint and several judgment in the amount of $742,139.  SPA: $400.  No supervised release to follow.

T. Tornabene moves to dismiss counts 2-12 in the Valley case and for Ms. Bliesner Counts 1, 3, 5-12 and greater counts 2 and 4. She pled to the lesser included counts 2 and 4.  Court dismisses the counts.