United States District Court
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2025

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Mary Ann Bliesner
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge
Docket No:  1:22CR02097-SAB-1

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the country.  The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Mary Ann Bliesner to travel out of the country.

Respectfully submitted by,

s/Arturo Santana                    07/17/2025
Arturo Santana                       Date
U.S. Probation Officer

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  Approves travel request
[ ]  Denies travel request
[ ]  Other

Signature of Judicial Officer

7/22/2025
Date