FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARY ANN BLIESNER,<br><br>VALLEY PROCESSING, INC.,<br><br>    Defendants. | Nos.  1:22-CR-02097-SAB-1<br>        1:22-CR-02097-SAB-2<br><br><br>**ORDER FORFEITING**<br><br>**SUBSTITUTE PROPERTY** |

Before the Court is the United States' Motion for Entry of an Order of Forfeiture of Substitute Property, ECF No. 82. The United States of America is represented by Brian Donovan and Tyler Tornabene. Defendant Mary Ann Bliesner is represented by Carl Oreskovich and Andrew Wagley. Defendant Valley Processing, Inc. is represented by Bevan Maxey.

The United States asks for an order that authorizes the forfeiture of substitute property in satisfaction of the joint and several money judgment entered against Defendants. Defendants remitted a cashier's check to the U.S. Marshals Service in the amount of $714,139, which is the amount of the money judgment entered after Defendants were sentenced. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion for Entry of an Order of Forfeiture of Substitute Property, ECF No. 82, is **GRANTED**.

**ORDER FORFEITING SUBSTITUTE PROPERTY** ~1

2.   Pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e), the $742,139.00 U.S. funds currently held in the Seized Asset Deposit Fund Account are forfeited to the United States; and no right, title or interest exists in any other person or entity.

3.   The forfeited funds shall be applied in full satisfaction of the $742,139.00 money judgment and disposed of in accordance with law.

4.   The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 1st day of October 2025.



Stan Bastian
Chief United States District Judge

**ORDER FORFEITING SUBSTITUTE PROPERTY ~2**