# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Dec 03, 2025
SEAN F. MCAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Mary Ann Bliesner
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge
Docket No:  1:22CR02097-SAB-1

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the country.  The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Mary Ann Bliesner to travel out of the country.

Respectfully submitted by,

s/Linda J. Leavitt                12/03/2025
Linda J. Leavitt                  Date
U.S. Probation Officer

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

Signature of Judicial Officer

12/3/2025
Date